| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ROSS PEARSON |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00289-TLN |
| Plaintiff, | **ORDER** |
| v. | |
| JAVIER ACEVES, ET AL., | |
| Defendants. | |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against Javier Aceves and Jesus Cortez Aceves is dismissed. Any pending warrants are recalled.

DATED: September 26, 2024

_____
Troy L. Nunley
Chief United States District Judge